No. 17,628.

Frank M. Iacino, et al. v. Paul E. Schneider and
The Industrial Commission of Colorado.
(282 P. [2d] 1094)

Decided April 25, 1955.

Mr. Glen L. Daly, for plaintiffs in error.

Mr. Duke W. Dunbar, Attorney General, Mr. Frank A. Wachob, Deputy Attorney General, Mr. Peter L. Dye, Assistant Attorney General, for defendant in error The Industrial Commission of Colorado.

*En Banc.*

Per Curiam.

Judgment affirmed without written opinion.